```
 1  PETER C. ANDERSON
    United States Trustee
 2  MICHAEL J. HAUSER (State Bar No. 140165)
    Attorney for the U.S. Trustee
 3  OFFICE OF THE U.S. TRUSTEE
    RONALD REAGAN FEDERAL BLDG. and
 4       U.S. COURTHOUSE
    411 W. Fourth Street, Suite 9041
 5  Santa Ana, CA  92701-8000
    Telephone: (714) 338-3400
 6  Facsimile: (714) 338-3421
    E-mail: Michael.Hauser@usdoj.gov
 7
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NUMBER: **8:11-bk-12319-ES** |
|---|---|
| **Ivan Wanchuen Ho and Karen Kay Ho** | CHAPTER 11 |
| | U.S. TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING |
| | DATE: **April 21, 2011**<br>TIME: **10:30 a.m.**<br>CTRM: **5A** |
| Debtors | |

The following information is provided to advise the Court as to the current status of the above-captioned case:

1. Debtors' proposed general insolvency counsel has not filed an application to be employed.

2. According to the Debtors' April 5, 2011 §341(a) testimony, two of their properties identified on Schedule A have tenants who pay rent. Specifically, the property at 31225 Triborough Drive, Wesley Chapel, Florida has a tenant who pays $1,000 per month in rent. In addition, the property at 2413 Gooseberry Circle in Lexington, Kentucky, has a tenant who pays $1,195 per month in rent.

3. The property at 135 E. Harmon Avenue in Las Vegas, Nevada, is managed by the MGM. The rental income generated is sporadic and the Hos were uncertain about the precise amount of rental income generated by this condo hotel each year.

4. As to the property at 6 Wigeon Lane in Aliso Viejo, CA, Dr. Ho's parents live in the home and make the mortgage payments.

5. To date, no cash collateral stipulations or motions have been filed with the Court.

6. The Debtors testified on April 5, 2011 that they sold Ivan W. Ho DDS, Inc. in September 2010 for a gross sales price of $675,000. Bank of America received approximately $130,000 from that sale and Dr. Ho's mother-in-law received the remainder of the proceeds, a sum estimated at $545,000. This information is not disclosed in Statement of Financial Affairs question #10.

7. Amended schedules were to have been filed by April 12, 2011 but as of the filing of this report, no amendments had been filed with the Court.

8. The U.S. Trustee has received no compliance with its requirements as of today's date. This includes but is not necessarily limited to the following:

[X] Proof of the opening of Debtor-in-Possession bank accounts.

[X] Proof of insurance coverage for real property and automobiles.

[X] A Real Property Questionnaire for each owned parcel of real property.

[X] Copies of all Federal and State Income Tax returns for the three fiscal years immediately preceding the filing of the Chapter 11 petition.

[X] Final bank statements from pre-petition bank accounts, evidencing the closure of those accounts.

[X] A Projected Operating Statement for the first 90 days of operation.

[X] Debtors' Major Issues & Timetable Report.

9. The Debtors' §341(a) examination has been continued to April 22, 2011 at 2:00 p.m.

Date: <u>April 14, 2011</u>              /s/ Michael J. Hauser
                                         MICHAEL J. HAUSER
                                         ATTORNEY

-2-

| In re: Ivan Wanchuen and Ho Karen Kay Ho | CHAPTER 11 |
|---|---|
| Debtors | CASE NUMBER: 8:11-bk-12319-ES |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701.

The foregoing document described: **UNITED STATES TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING,** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Thomas Giordano**  tohmahso@aol.com,thmspgiordano@gmail.com;attyecf@gmail.com; dlien@1800fixbank.com;alexk.gei@sbcglobal.net


II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **April 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ivan and Karen Ho, 3 Augusta, Trabuco Canyon, CA 92679

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 14, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via personal delivery:
Judge Erithe Smith - Bin Outside of Room 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 14, 2011 | Michael Hauser | /s/ Michael Hauser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |