1   PETER C. ANDERSON
    United States Trustee
2   Michael J. Hauser, (State Bar No. 140165)
    Attorney for the U.S. Trustee
3   OFFICE OF THE UNITED STATES TRUSTEE
    Ronald Reagan Federal Building
4   and U.S. Courthouse
    411 West Fourth Street, Suite 9041
5   Santa Ana,  CA 92701-8000
    Telephone: (714) 338-3400
6   Facsimile: (714) 338-3421
    E-mail: Michael.Hauser@usdoj.gov
7

8

9                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
10                        SANTA ANA DIVISION

11

12   IN RE:                    )     CHAPTER 11
                               )
13   **IVAN WANCHUEN HO**           )     CASE NUMBER: **8:11-bk-12319-ES**
     **KAREN KAY HO**              )
14                             )
                               )     REPLY OF U.S. TRUSTEE TO
15                             )     DEBTORS' OPPOSITION TO MOTION
                               )     BY UNITED STATES TRUSTEE TO
16                             )     DISMISS OR CONVERT CASE TO
                               )     ONE UNDER CHAPTER 7 PURSUANT
17                             )     TO 11 U.S.C. § 1112(b)
                               )
18                             )
                               )
19                             )
                               )
20                             )
                               )
21                             )
                               )     DATE: **May 12, 2011**
22                             )     TIME: **10:30 a.m.**
     _____Debtors._____)     CTRM: **"5A"**
23

24

25      **TO THE HONORABLE ERITHE SMITH, DEBTORS, DEBTORS' COUNSEL, AND**
     **OTHER PARTIES IN INTEREST:**
26

27      The U.S. Trustee hereby files this Reply to the late filed
     Opposition (document #33, filed on May 4, 2010) to the U.S.
28

1  Trustee's Motion to Dismiss or Convert this case.  Despite the
2  passage of almost three months, the Opposition merely promises to
3  come into substantial compliance by the time of the May 12 hearing.
4  This is too little too late.   In fact, at this time the only
5  deficiency the Debtors have cured is the filing on May 9, 2011, of
6  amended schedules and statement of financial affairs. *See* Exhibit
7  "A" attached hereto.

8      *Inter alia*, the amended statement of financial Affairs,
9  question #10, lists the sale of the Debtors' dental practice in
10 August 2010 for $685,000.  As noted in the UST's motion, this
11 transaction was previously not disclosed and only discovered by the
12 UST when brought to his attention by a creditor.  The UST then
13 questioned the Debtors about this transaction at the Debtors' 341
14 meeting, at which time they testified that $545,000 of the proceeds
15 were transferred to Dr. Ho's mother-in-law ("MOM") (*see* UST motion
16 at page 5, lines 10-22).

17     Additionally, in their Opposition, the Debtors disclose for
18 the first time that of the $545,000 transferred to MOM, she kept
19 25% of the funds and transferred the remainder ($408,000) back to
20 the Debtors' new corporation (*see* Opposition at page 4, line 5-12).
21 However, nowhere in the amended schedules and statement of
22 financial affairs is the $408,000 reflected.  It would seem that
23 the Debtors' new corporation that received these funds should be
24 listed on their amended Schedule B with a valuation approximating
25 $400,000.  But no such entry is reflected on the amended schedules.
26 See Exhibit "A".  Additionally, the Debtors' amended schedules now
27 list a  creditor named Virginia Reidenbach with an unsecured claim
28 of $505,000.   This creditor was never listed on the initial

-2-

1  schedules or mailing matrix.   How could the Debtors and their
2  counsel possibly have omitted a claim that constitutes 30% of the
3  unsecured creditor body? Accordingly, the amendments to the
4  Debtors' schedules and statement of financial affairs raise more
5  questions than answers.   The most pressing of which is what have
6  the Debtors done with the $408,000 they received from MOM?   These
7  funds appear to be the primary asset of the estate yet were never
8  disclosed because according to the Opposition "...it was an
9  inadvertent error of counsel" (see Opposition at page 7, lines 1-
10  4).

11        From the U.S. Trustee's perspective, the only way these
12  Debtors can remain as debtors-in-possession is to obtain new
13  counsel that is acceptable to the Court and have the funds held by
14  MOM as well as the $408,000 the Debtors received from MOM
15  transferred to the attorney-client trust account of new counsel.
16  Absent such an arrangement we have a situation where the Debtors
17  are placed in the impossible situation of not only investigating
18  and possibly suing MOM, but also accounting for the $408,000 that
19  was recycled back to them from MOM.   This situation presents
20  inherent and irreconcilable conflicts of interest and absent the
21  Debtors consenting to the above proposal the appointment of an
22  independent trustee is required.

23                              Respectfully Submitted

24                              OFFICE OF THE UNITED STATES TRUSTEE

25  Dated: May 10, 2011          /s/ Michael J. Hauser
                                 MICHAEL J. HAUSER
26                               Attorney for the U.S. Trustee

27

28

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | J. Randy Dorcy | Atty Name (if applicable): | J. Randy Dorcy |
| | 18101 Von Karman Ave Suite 560 | | |
| Street Address: | Irvine, CA 92612 | CA Bar No. (if applicable): | 170620 |
| Filer's Telephone No.: | (714) 912-7810 | Atty Fax No. (if applicable): | (714) 912-7860 |

| | |
|---|---|
| In re:<br><br>Ivan Wanchuen Ho<br>Karen Kay Ho | Case No. 8:11-bk-12319-ES<br><br>Chapter 11 |

### AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes          ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A    ☒ B    ☒ C    ☒ D    ☒ E    ☒ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)    ☒ Statement of Financial Affairs

☐ Statement of Intention    ☒ Other List of Creditors Holding 20 largest unsecured claims

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I/We, Ivan Wanchuen Ho and Karen Kay Ho, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:    5/06/11

Ivan Wanchuen Ho
*Debtor Signature*

Karen Kay Ho
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

Ex. "A"

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  _5/6/2011_

**J. Randy Dorcy**
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Ivan Wanchuen Ho
         Karen Kay Ho

Debtor(s)

Case No.    **8:11-bk-12319-ES**

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American First Credit 700 N. Harbor Blvd. La Habra, CA 90631 | American First Credit 700 N. Harbor Blvd. La Habra, CA 90631 | CheckCreditOrLineOfCredit | Unliquidated | Unknown |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | ConventionalRealEstateMortgage | | 187,747.00 (Unknown secured) |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | ConventionalRealEstateMortgage | | 183,685.00 (Unknown secured) |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | 2413 Gooseberry Circle Lexington, KY SFR | Unliquidated | 12,833.00 (140,000.00 secured) (137,768.00 senior lien) |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | 14567 N. 132nd Avenue, Surprise, AZ 85379 SFR | Unliquidated | 187,648.00 (93,000.00 secured) |
| Bank Of America Po Box 17054 Wilmington, DE 19850 | Bank Of America Po Box 17054 Wilmington, DE 19850 | CreditCard | Unliquidated | 11,117.00 |
| Bank Of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27420 | Bank Of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27420 | 2005 Volvo S80, 82000 miles fair condition. Wife's vehicle. Leased. | Unliquidated | 9,200.00 (9,000.00 secured) |
| Chase 3990 S Babcock St Melbourne, FL 32901 | Chase 3990 S Babcock St Melbourne, FL 32901 | CreditLineSecured | Unliquidated | Unknown |
| Chase P.o. Box 15298 Wilmington, DE 19850 | Chase P.o. Box 15298 Wilmington, DE 19850 | CreditCard | Unliquidated | 35,548.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ivan Wanchuen Ho**
**Karen Kay Ho** _____        Case No.    **8:11-bk-12319-ES**
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Chase<br>Po Box 901039<br>Fort Worth, TX 76101 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101 | CreditLineSecured | Unliquidated | 500,793.00 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | CreditCard | Unliquidated | 23,574.00 |
| CitiMortgage<br>P.O. Box 660065<br>Dallas, TX 75266 | CitiMortgage<br>P.O. Box 660065<br>Dallas, TX 75266 | 31225 Triborough Drive, Wesley Chapel, Florida 33544 SFR | Unliquidated | 147,115.00<br><br>(110,000.00 secured) |
| First Citizens Bank<br>SBA Division<br>27710 Jefferson Avenue<br>Ste. A-100<br>Temecula, CA 92590 | First Citizens Bank<br>SBA Division<br>27710 Jefferson Avenue<br>Temecula, CA 92590 | 6 Wigeon Lane, Aliso Viejo, CA SFR Title held in Tiki Trust - Cross-collateralized with MCK Arbours property. Loan is in the name of Colleen and Kin | Unliquidated | 1,865,070.00<br>(480,000.00 secured)<br>(168,000.00 senior lien) |
| First Citizents Bank & Trust Compan<br>c/o King & Associates<br>140 Newport Center Drive<br>Suite 250<br>Newport Beach, CA 92660 | First Citizents Bank & Trust Compan<br>c/o King & Associates<br>140 Newport Center Drive<br>Newport Beach, CA 92660 | Personal guarantee of loan to D&H Arbours | Contingent | 597,033.00 |
| Jeff Dailey<br>29829 Santa Margarita Pkwy<br>Suite 100<br>Rancho Santa Margarita, CA 92688 | Jeff Dailey<br>29829 Santa Margarita Pkwy<br>Suite 100<br>Rancho Santa Margarita, CA 92688 | Potential claim based on liabilities of co-owned business D&H Arbours | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850 | Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850 | CollectionAttorney Acn Voip | Unliquidated | 69.00 |
| Nordstrom FSB<br>Attention: Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155 | Nordstrom FSB<br>Attention: Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155 | ChargeAccount | Unliquidated | 1,308.00 |
| Victoria's Secret<br>Po Box 182124<br>Columbus, OH 43218 | Victoria's Secret<br>Po Box 182124<br>Columbus, OH 43218 | ChargeAccount | Unliquidated | 129.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Ivan Wanchuen Ho
      Karen Kay Ho                                                                Case No.   **8:11-bk-12319-ES**
                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Virginia Reidenbach<br>22 Orange Blossom Circle<br>Ladera Ranch, CA 92694 | Virginia Reidenbach<br>22 Orange Blossom Circle<br>Ladera Ranch, CA 92694 | Personal loan, Debtors borrowed funds for purchase of property located at 29829 Santa Margarita Parkway by D&H Arbours | Unliquidated | 505,000.00 |
| Wyrhsr Mtg<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Wyrhsr Mtg<br>3815 South West Temple<br>Salt Lake City, UT 84115 | 135 E. Harmon Avenue<br>Las Vegas, NV<br>Contel - Condo Hotel - Rented out by the night / week. | Unliquidated | 367,500.00<br><br>(110,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        We, **Ivan Wanchuen Ho** and **Karen Kay Ho**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **May 6, 2011**           Signature  **/s/ Ivan Wanchuen Ho**
                                               **Ivan Wanchuen Ho**
                                             Debtor

Date  **May 6, 2011**           Signature  **/s/ Karen Kay Ho**
                                               **Karen Kay Ho**
                                             Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Central District of California

In re    **Ivan Wanchuen Ho,**
        **Karen Kay Ho**

Case No.   **8:11-bk-12319-ES**

                        Debtors

Chapter         **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,433,000.00 | | |
| B - Personal Property | Yes | 4 | 466,334.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 4,204,178.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,674,571.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 22,258.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 15,692.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 2,899,334.00 | | |
| Total Liabilities | | | | 5,878,749.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Ivan Wanchuen Ho,**
      **Karen Kay Ho**

Case No. __**8:11-bk-12319-ES**__

Debtors

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 22,258.00 |
| Average Expenses (from Schedule J, Line 18) | 15,892.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 25,489.00 |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 1,953,134.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 1,674,571.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 3,627,705.00 |

B6A (Official Form 6A) (12/07)

In re   **Ivan Wanchuen Ho,**               Case No.   **8:11-bk-12319-ES**
        **Karen Kay Ho**
_____
                        Debtors

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 Augusta, Trabuco Canyon, CA 92679 Primary residence for Debtor Wife Title held in Tiki Trust Appraised 3/2011** | **Life Estate from Revocable Trust** | **J** | **1,500,000.00** | **937,612.00** |
| **6 Wigeon Lane, Aliso Viejo, CA SFR Title held in Tiki Trust Loan is in the name of Colleen and King Ho Appraised 3/2011** | **Life Estate from Revocable Trust** | **J** | **480,000.00** | **2,033,070.00** |
| **14567 N. 132nd Avenue, Surprise, AZ 85379 SFR** | **Fee simple** | **J** | **93,000.00** | **187,648.00** |
| **31225 Triborough Drive, Wesley Chapel, Florida 33544 SFR** | **Fee simple** | **J** | **110,000.00** | **147,115.00** |
| **2413 Gooseberry Circle Lexington, KY SFR** | **Fee simple** | **J** | **140,000.00** | **150,601.00** |
| **135 E. Harmon Avenue Las Vegas, NV Contel - Condo Hotel - Rented out by the night / week.** | **Fee simple** | **J** | **110,000.00** | **367,500.00** |
| **Raw land in Panama 50% ownership of raw land - part of an undeveloped resort. Debtor's invested in 2004 but the company has ceased operating and cannot provide Debtors' title. - Lot #84 Red Frog** | **Unkown** | **C** | **0.00** | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **2,433,000.00**  (Total of this page) |
| Total > | **2,433,000.00** |

___**0**___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Ivan Wanchuen Ho,**                                    Case No.   **8:11-bk-12319-ES**
         **Karen Kay Ho**
                              _____
                                         Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the ease name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash in Debtor's possession** | C | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at American First Credit Union** | C | 6,000.00 |
| | | | **Savinga Account at Wescom Credit Union** | J | 200.00 |
| | | | **Savings account at Chase.** | J | 200.00 |
| | | | **Cash Account at Charles Schwab** | J | 13,573.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings located at Debtors' Residence** | J | 5,600.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **General books, artwork, music media. No major art pieces or collectibles** | J | 1,500.00 |
| 6. | Wearing apparel. | | **Debtors clothing located at Debtors' residence** | J | 3,500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Musical instruments** | J | 1,000.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life for husband. $500,000 face value, no cash value.** | J | 0.00 |
| | | | **Term life for wife. $250,000 face value, no cash value.** | J | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >        **31,623.00**
                                                       (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Ivan Wanchuen Ho,**                                          Case No.   **8:11-bk-12319-ES**
          **Karen Kay Ho**
_____
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Listed as precaution. Debtors children have 529 accounts for educational purposes for four children** | - | **249,000.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SEP IRA held at Charles Schwab. Account value, but cash value is $2,599.00** | H | **3,942.00** |
| | | **401k with Morgan Stanley Smith Barney** | H | **34,948.00** |
| | | **401k with Morgan Stanely Smith Barney** | W | **38,597.00** |
| | | **401K with Edward Jone** | W | **16,879.00** |
| | | **401K with Edward Jones** | H | **22,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **MCK Property Management. DBA of Debtor Wife.** | C | **0.00** |
| | | **D&H Arbours Investment Corp. Debtors are jointly 50% shareholders. This Corportion owns a parcel of property worth approximately $500,000.00 with liens of $599,000.00** | C | **0.00** |
| | | **MCK Arbours, LLC. Debtors each own 30% membership interest in this LLC. MCK owns real property valued at $1,000,000 with more than $1,800,000 in liens.** | - | **0.00** |
| | | **I.W. Ho, D.D.S., Incorporated, FDBA Platinum Dental. Debtor's own 100%. Debtor husband's service corporation.** | H | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

                                                      Sub-Total >     **365,366.00**
                                                    (Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ivan Wanchuen Ho,**                                                   Case No.  **8:11-bk-12319-ES**
        **Karen Kay Ho**
                                              _____
                                                     Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Dentist License issued by the Dental Board of California. No cash value, non-transferable | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chevy Suburban, 150,000 miles. Daughter's car | C | 1,500.00 |
| | | 2005 Volvo S80, 82000 miles fair condition. Wife's vehicle. Leased. | C | 9,000.00 |
| | | 2010 Honda Civic, leased under Mother's name. Son's car, Debtor's make the payments. | C | 19,500.00 |
| | | 2011 Toyota Tacoma Sport, leased under Mother's name, Debtors make the payments. Husband's car. | C | 24,000.00 |

                                                        Sub-Total >        **54,000.00**
                                                      (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ivan Wanchuen Ho,**                                     Case No.  **8:11-bk-12319-ES**
         **Karen Kay Ho**
_____
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computer, printer/fax/scanner, desk and chair used by Debtor in MCK** | **J** | **1,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Security Deposits 14567 N. 132nd, Surprise, AZ  $1,000.00 - Held by Debtor 2413 Gooseberry Circle, Lexington, KY $1195.00 - Held by Debtor** | **C** | **2,195.00** |
| | | **Time Share - Morritt's Tortuga Club.  Cayman Islands** | **J** | **8,500.00** |
| | | **Time share - Paradise Village, Mexico** | **J** | **3,150.00** |

|  | Sub-Total > | **15,345.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **466,334.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   **Ivan Wanchuen Ho,**
   **Karen Kay Ho**

Case No. **8:11-bk-12319-ES**

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4 1 13. and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>3 Augusta, Trabuco Canyon, CA 92679<br>Primary residence for Debtor Wife<br>Title held in Tiki Trust<br>Appraised 3/2011 | C.C.P. § 704.730 | 100,000.00 | 1,500,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Checking account at American First Credit Union | C.C.P. § 704.070 | 4,500.00 | 6,000.00 |
| Savinga Account at Wescom Credit Union | C.C.P. § 704.070 | 150.00 | 200.00 |
| Savings account at Chase. | C.C.P. § 704.070 | 150.00 | 200.00 |
| Cash Account at Charles Schwab | C.C.P. § 704.070 | 13,573.00 | 13,573.00 |
| **Household Goods and Furnishings**<br>Household goods and furnishings located at Debtors' Residence | C.C.P. § 704.020 | 5,600.00 | 5,600.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>General books, artwork, music media. No major art pieces or collectibles | C.C.P. § 704.040 | 1,500.00 | 1,500.00 |
| **Wearing Apparel**<br>Debtors clothing located at Debtors' residence | C.C.P. § 704.020 | 3,500.00 | 3,500.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan**<br>Listed as precaution. Debtors children have 529 accounts for educational purposes for four children | C.C.P. § 704.115(a)(1) & (2), (b) | 249,000.00 | 249,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>SEP IRA held at Charles Schwab. Account value, but cash value is $2,599.00 | C.C.P. §§ 704.115(a)(3), (b), (e) | 3,942.00 | 3,942.00 |
| 401k with Morgan Stanley Smith Barney | C.C.P. § 704.115(a)(1) & (2), (b) | 34,948.00 | 34,948.00 |
| 401k with Morgan Stanely Smith Barney | C.C.P. § 704.115(a)(1) & (2), (b) | 38,597.00 | 38,597.00 |
| 401K with Edward Jone | C.C.P. § 704.115(a)(1) & (2), (b) | 16,879.00 | 16,879.00 |
| 401K with Edward Jones | C.C.P. § 704.115(a)(1) & (2), (b) | 22,000.00 | 22,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2002 Chevy Suburban, 150,000 miles.<br>Daughter's car | C.C.P. § 704.010 | 1,500.00 | 1,500.00 |

Total: **495,839.00**   **1,897,439.00**

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Ivan Wanchuen Ho,**          Case No.   **8:11-bk-12319-ES**
        **Karen Kay Ho**

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxx2877** | | | | Opened 3/01/05 Last Active 1/14/11 | | | | | |
| **Bac Home Loans Servici** 450 American St Simi Valley, CA 93065 | | | C | ConventionalRealEstateMortgage | | | | | |
| | | | | Value $         **Unknown** | | | | 187,747.00 | **Unknown** |
| Account No. **xxxx3317** | | | | Opened 4/01/05 Last Active 1/12/11 | | | | | |
| **Bac Home Loans Servici** 450 American St Simi Valley, CA 93065 | | | C | ConventionalRealEstateMortgage | | | | | |
| | | | | Value $         **Unknown** | | | | 183,685.00 | **Unknown** |
| Account No. | | | | 1st Mortgage 6 Wigeon Lane, Aliso Viejo, CA SFR Title held in Ivan W. Ho and Karen K. Ho Family Trust | | | | | |
| **Bac Home Loans Servici** 450 American St Simi Valley, CA 93065 | X | | C | Loan is in the name of Colleen and King Ho LISTED AS PRECAUTION ONLY | | X | | | |
| | | | | Value $         **480,000.00** | | | | 168,000.00 | 0.00 |
| Account No. **2485** | | | | 3/2005 | | | | | |
| **Bac Home Loans Servici** 450 American St Simi Valley, CA 93065 | | | J | 1st Mortgage 14567 N. 132nd Avenue, Surprise, AZ 85379 SFR | | X | | | |
| | | | | Value $         **93,000.00** | | | | 187,648.00 | 94,648.00 |
| **2**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 727,080.00 | 94,648.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Ivan Wanchuen Ho,**     Case No. **8:11-bk-12319-ES**
      **Karen Kay Ho**

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2034**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | J | 3/2006<br><br>1st Mortgage<br><br>2413 Gooseberry Circle<br>Lexington, KY SFR | | X | | | |
| | | | Value $     140,000.00 | | | | 137,768.00 | 0.00 |
| Account No. **7293**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | J | 3/2006<br><br>2nd Mortgage<br><br>2413 Gooseberry Circle<br>Lexington, KY SFR | | X | | | |
| | | | Value $     140,000.00 | | | | 12,833.00 | 10,601.00 |
| Account No.<br><br>Cassandra J. Richey, Esq.<br>Prober & Raphael, A Law Corp<br>20750 Ventura Blvd # 100<br>Woodland Hills, CA 91365 | | | Representing:<br>Bac Home Loans Servici | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No.<br><br>Bank Of America<br>Attn: Bankruptcy NC4-105-02-99<br>Po Box 26012<br>Greensboro, NC 27420 | | H | 2005 Volvo S80, 82000 miles fair condition. Wife's vehicle. Leased. | | X | | | |
| | | | Value $     9,000.00 | | | | 9,200.00 | 200.00 |
| Account No. **4790**<br><br>Chase<br>PO Box 901039<br>Fort Worth, TX 76101 | | J | 6/2004<br><br>2nd Mortgage<br><br>3 Augusta, Trabuco Canyon, CA 92679<br>Primary residence for Debtor Wife<br>Title held in Tiki Trust<br>Appraised 3/2011 | | X | | | |
| | | | Value $     1,500,000.00 | | | | 500,000.00 | 0.00 |
| Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 659,801.00 | 10,801.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Ivan Wanchuen Ho,**                                    Case No.    **8:11-bk-12319-ES**
          **Karen Kay Ho**
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1496** <br><br> CitiMortgage <br> P.O. Box 660065 <br> Dallas, TX 75266 | | J | 5/2003 <br><br> 1st Mortgage <br><br> 3 Augusta, Trabuco Canyon, CA 92679 <br> Primary residence for Debtor Wife <br> Title held in Tiki Trust <br> Appraised 3/2011 | | X | | | |
| | | | Value $            1,500,000.00 | | | | 437,612.00 | 0.00 |
| Account No. **4125** <br><br> CitiMortgage <br> P.O. Box 660065 <br> Dallas, TX 75266 | | J | 11/2004 <br><br> 1st Mortgage <br><br> 31225 Triborough Drive, Wesley Chapel, Florida 33544 SFR | | X | | | |
| | | | Value $            110,000.00 | | | | 147,115.00 | 37,115.00 |
| Account No. **7387** <br><br> First Citizens Bank <br> SBA Division <br> 27710 Jefferson Avenue <br> Ste. A-100 <br> Temecula, CA 92590 | | C | 2nd Mortgage <br> 6 Wigeon Lane, Aliso Viejo, CA SFR <br> Title held in Tiki Trust - <br> Cross-collateralized with MCK Arbours property. <br> Loan is in the name of Colleen and King Ho | | X | | | |
| | | | Value $            480,000.00 | | | | 1,865,070.00 | 1,553,070.00 |
| Account No. **xxxxxxxxxxxxx9001** <br><br> Mb Fin Svcs <br> P.o. Box 961 <br> Roanoke, TX 76262 | | H | Opened 7/01/99 Last Active 3/01/02 <br><br> Lease - listed as precaution. Vehicle returned 2 years ago. | | | X | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. **0587** <br><br> Wyrhsr Mtg <br> 3815 South West Temple <br> Salt Lake City, UT 84115 | | J | 11/2006 <br><br> 1st Mortgage <br><br> 135 E. Harmon Avenue <br> Las Vegas, NV Contel - Condo Hotel - Rented out by the night / week. | | X | | | |
| | | | Value $            110,000.00 | | | | 367,500.00 | 257,500.00 |

Sheet  **2**  of **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 2,817,297.00 | 1,847,685.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,204,178.00 | 1,953,134.00 |

B6E (Official Form 6E) (4/10)

In re  **Ivan Wanchuen Ho,**                                    Case No. __8:11-bk-12319-ES__
       **Karen Kay Ho**
                                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance  11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4-01-13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**  __ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Ivan Wanchuen Ho,**                                       Case No.  **8:11-bk-12319-ES**
         **Karen Kay Ho**
_____,
                            Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx4590<br><br>**American First Credit**<br>**700 N. Harbor Blvd.**<br>**La Habra, CA 90631** | | H | | **Opened 6/01/91 Last Active 1/10/06**<br>**CheckCreditOrLineOfCredit** | | X | | **Unknown** |
| Account No. xxxxxxxxxxxx3605<br><br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | C | | **Opened 5/01/92 Last Active 6/03/10**<br>**CreditCard** | | X | | **11,117.00** |
| Account No. xxxxxxxx4790<br><br>**Chase**<br>**Po Box 901039**<br>**Fort Worth, TX 76101** | | C | | **Opened 6/01/04 Last Active 1/25/11**<br>**CreditLineSecured** | | X | | **500,793.00** |
| Account No. xxxxxxxxxxxx9515<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | C | | **Opened 9/01/06 Last Active 1/18/11**<br>**CreditCard** | | X | | **35,548.00** |
| **2**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | **547,458.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  Ivan Wanchuen Ho,                                    Case No.  **8:11-bk-12319-ES**
       Karen Kay Ho

_____
                    Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx4790<br><br>Chase<br>3990 S Babcock St<br>Melbourne, FL 32901 | C | | | Opened 6/15/04 Last Active 9/25/09<br>CreditLineSecured | | X | | Unknown |
| Account No. xxxxxxxxxxxx9512<br><br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | C | | | Opened 7/01/98 Last Active 1/13/11<br>CreditCard | | X | | 23,574.00 |
| Account No.<br><br>First Citizents Bank & Trust Compan<br>c/o King & Associates<br>140 Newport Center Drive<br>Suite 250<br>Newport Beach, CA 92660 | C | | | 1/2011<br>Personal guarantee of loan to D&H Arbours | X | | | 597,033.00 |
| Account No.<br><br>Jeff Dailey<br>29829 Santa Margarita Pkwy<br>Suite 100<br>Rancho Santa Margarita, CA 92688 | J | | | Potential claim based on liabilities of co-owned business D&H Arbours | X | X | X | Unknown |
| Account No. xxxxx0158<br><br>Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850 | C | | | Opened 9/01/09<br>CollectionAttorney Acn Voip | | X | | 69.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

620,676.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ivan Wanchuen Ho,**                              Case No.   **8:11-bk-12319-ES**
     **Karen Kay Ho**

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx5703 <br><br> **Nordstrom FSB** <br> **Attention: Bankruptcy Department** <br> **Po Box 6555** <br> **Englewood, CO 80155** | C | | **Opened 1/28/86 Last Active 12/31/10** <br> **ChargeAccount** | | X | | 1,308.00 |
| Account No. xxxxx0678 <br><br> **T/emporium** <br> **Po Box 5467** <br> **Eugene, OR 97405** | | H | **Opened 3/01/94 Last Active 4/01/02** <br> **ChargeAccount** | | X | | Unknown |
| Account No. xxxxx2908 <br><br> **Victoria's Secret** <br> **Po Box 182124** <br> **Columbus, OH 43218** | C | | **Opened 5/01/99 Last Active 10/14/10** <br> **ChargeAccount** | | X | | 129.00 |
| Account No. <br><br> **Virginia Reidenbach** <br> **22 Orange Blossom Circle** <br> **Ladera Ranch, CA 92694** | | J | **2007** <br> **Personal loan, Debtors borrowed funds for purchase of property located at 29829 Santa Margarita Parkway by D&H Arbours** | | X | | 505,000.00 |
| Account No. <br><br> | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **506,437.00**

Total (Report on Summary of Schedules)  **1,674,571.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Central District of California

In re    Ivan Wanchuen Ho
         Karen Kay Ho                                              Case No.    8:11-bk-12319-ES
                                              Debtor(s)            Chapter     11


## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ 21 __ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ 5/6/11 ___                 Signature _____
                                              Ivan Wanchuen Ho
                                              Debtor

Date ___ 5/6/11 ___                 Signature _____
                                              Karen Kay Ho
                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re    **Ivan Wanchuen Ho**    **Karen Kay Ho**                Case No.    **8:11-bk-12319-ES**

                                     Debtor(s)          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$35,200.00** | **2011 Ivan Ho YTD income** |
| **$193,000.00** | **2010 Gross Joint Income** |
| **$191,387.00** | **2009 Gross Joint Income** |

2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$31,485.00** | **2010 Gross Rental Income** |
| **$30,485.00** | **Gross Rental Income 2009** |
| **$10,340.00** | **2011 Gross Rental Income YTD** |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27420** | **12 - 2/ 2011** | **$1,185.00** | **$9,200.00** |
| **Toyota Motor Credit Co.**<br>**440 E. Huntington Drive**<br>**Arcadia, CA 91006** | **12 - 2/ 2011** | **$1,047.00** | **$0.00** |
| **Abn Amro Mortgage Grou**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898** | **12-2/2011** | **$19,596.00** | **$437,612.00** |
| **Chase**<br>**PO Box 901039**<br>**Fort Worth, TX 76101** | **12 - 2/ 2011** | **$22,329.00** | **$500,000.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
■      this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐      returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BAC Home Loans Servicing, LP**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **2/11/2011** | **13242 West Port Royal Lane, Surprise, AZ.**<br>**$98,000 FMV** |
| **BAC Home Loans Servicing, LP**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **February 11, 2011** | **15957 West Port Au Prince Lane, Surprise, AZ.**<br>**$93,000 FMV** |
| **Government of Mexico** | **2006** | **Mexican Government repossessed two parcels of raw land for back taxes. Property located in San Felipe. Debtors had long term leases of the property.** |

---

**6. Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■      this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

---

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas Giordano**<br>**18101 Von Karmon**<br>**Irvine, CA 92612** | **Paid in full October 2010** | **60,000 attorney's fees**<br>**1,039.00 filing fee** |

---

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Kyung M. Kim**<br>**13132 Newport Avenue**<br>**#220**<br>**Tustin, CA 92780**<br>   **None** | **8/23/2010** | **Debtor Husband's dental practice Ivan W. Ho, D.D.S.; Inc. Gross sale $685,000 minus sales commissions, transition fees paid Debtor, taxes and debt repayment.** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

5

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **I.W.Ho, D.D.S., Inc. dba Platinum Dental** | | **29829 Santa Margarita Pkwy Suite 500 Rancho Santa Margarita, CA 92688** | **Debtor's personal service corporation** | |

7

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **GSC** | **March - April 2011** |
| **23480 Park Sorrento** | |
| **Suite 100B** | |
| **Calabasas, CA 91302** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the dehtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **GSC** | **23480 Park Sorrento, Suite 100b** |
| | **Calabasas, CA 91302** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

8

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME            ADDRESS            DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR        DATE AND PURPOSE OF WITHDRAWAL        AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____5/6/11_____            Signature _____
                                               Ivan Wanchuen Ho
                                               Debtor

Date _____5/6/11_____            Signature _____
                                               Karen Kay Ho
                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 5/6/11 _____          Signature _____
                                             Ivan Wanchuen Ho
                                             Debtor

Date _____ 5/6/11 _____          Signature _____
                                             Karen Kay Ho
                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA  92701

A true and correct copy of the foregoing document described as **REPLY OF U.S. TRUSTEE TO OPPOSITION TO
MOTION BY U.S. TRUSTEE TO DISMISS OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11
U.S.C. SECTION 1112(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink
to the document. On **MAY 10, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
address(es) indicated below:

- J Randy Dorcy     dorcylaw@yahoo.com
- Thomas P Giordano    tohmahso@aol.com,
  thmspgiordano@gmail.com;attyecf@gmail.com;dlien@1800fixbank.com;alexk.gei@sbcglobal.net

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **MAY 10, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first
class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ivan Wanchuen Ho, Karen Kay Ho, 3 Augusta, Trabuco Canyon, CA 92679

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **MAY 10, 2011**, I served the following person(s) and/or
entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be
completed no later than 24 hours after the document is filed.

Honorable Erithe Smith-bin outside RM. 5097

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 10, 2011 | Tari King | /s/ Tari King |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                               **F 9013-3.1.PROOF.SERVICE**